FILED
2023 Oct-02  PM 06:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **IVY MERRITT, as guardian and next friend, of O.S., a minor,** | ) ) ) | |
| **PLAINTIFF,** | ) ) | |
| **v.** | ) ) ) | **CIVIL ACTION NUMBER: JURY TRIAL DEMANDED** |
| **HIGHER GROUND EDUCATION, INC. d/b/a GUIDEPOST MONTESSORI SCHOOL.;** | ) ) ) ) ) | |
| **DEFENDANT.** | ) | |

## COMPLAINT

**COMES NOW** the Plaintiff Ivy Merritt, as guardian and next friend of O.S., and for her Complaint against the Defendant states as follows:

1.     Plaintiff, IVY MERRITT, is over the age of nineteen (19) years and is a resident of Shelby County, Alabama. She is the mother and next friend of her child, O.S., and brings this action on behalf of O.S.

2.     Defendant, HIGHER GROUND EDUCATION, INC. d/b/a GUIDEPOST MONTESSORI SCHOOL, is a foreign corporation or other business entity organized under the laws of the State of Delaware and that has a principal

place of business in the State of California.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 (b) (2). The amount in controversy exceeds seventy-five thousand dollars ($75,000.00) exclusive of interest and costs.

## COUNT I

3.      On or about April 4, 2023, and prior to that date, Ivy Merritt contracted with the Defendant to provide day care services to the minor Plaintiff at the Defendant's business located at1700 Corporate Drive in Birmingham, Alabama.

4.      At the aforesaid time and place, the Defendant did negligently or wantonly cause or negligently and wantonly allowed O.S., who was three years old at the time, to carry a glass or porcelain breakable plate or other dish.

5.      Plaintiff further avers that Defendant giving breakable glass or porcelain dishes to three-year-old children, like O.S., to carry was conduct that was unreasonably dangerous. The negligence, wantonness, carelessness or unskillfulness of an agent, officer, or employee of the Defendant caused the unreasonably dangerous condition.

6.      Plaintiff further avers that Defendant intentionally provided breakable

glass or porcelain dishes to incredibly young children, like O.S., as part of its curriculum or business.

7.    Insisting on providing glass or porcelain dishes for three-year-old children to use and carry was unreasonable and was inherently more dangerous than providing plastic plates and dishes for the children to use.

8.    On or about April 4, 2023, an employee or agent of Defendant gave O.S. breakable glass or porcelain dishes either for his use or for him to place in the classroom. O.S. fell and one or more dishes broke causing him to suffer severe injury to his right arm and wrist area which necessitated surgery.

9.    On or before the date of the occurrence made the basis of this lawsuit, the Defendant was guilty of negligent or wanton conduct, negligent or wanton supervision of Plaintiff and/or breached express or implied warranties or contracts and said negligent, wanton, or wrongful conduct of said Defendant was a proximate cause of Plaintiff's injuries as herein described.

10.    Plaintiff further alleges that Defendant operated a day care center in violation of one or more of the Minimum Standards for Day Care Facilities promulgated by the Alabama Department of Human Resources. Plaintiff further alleges that the violation or violations of the Minimum Standards for Day Care Facilities promulgated by the Alabama Department of Human Resources caused or

contributed to cause O.S.'s injuries.

11.    The aforesaid wrongful, negligent and/or wanton conduct of

Defendant proximately caused the Plaintiff to be injured and damaged as follows:

(a)    Plaintiff was caused to suffer injury to his right wrist and arm, along with other injuries to his person which were attended by great physical pain and mental anguish.

(b)    Plaintiff was caused to be permanently injured.

(c)    Plaintiff was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug, and other expenses in and about an effort to heal and cure his injuries.

(d)    Plaintiff was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

(e)    Plaintiff was caused and will be caused in the future to be unable to pursue an untold number of his normal activities.

**WHEREFORE PREMISES CONSIDERED,** the Plaintiff demands

compensatory and punitive damages against the Defendant in an amount to be

determined by the trier-of-fact, including interest, costs, attorney fees, and such

other and further relief this Court deems appropriate.

 */s/ W. Whitney Seals*    
W. WHITNEY SEALS,
Attorney for the Plaintiffs

**OF COUNSEL:**
**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
T: (205) 323-3900
F: (205) 323-3906
E: filings@cochrunseals.com

**PLEASE SERVE THE DEFENDANT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

**Higher Ground Education, Inc.**
c/o Registered Agent
Cogency Global, Inc.
850 New Burton Road, Suite 201
Dover, DE 19904